**Terrance Lamar HAMILTON,
Plaintiff—Appellant,**

v.

**Tony MIDDLETON; North Charleston
Police Department; North Charleston
Chief of Police; Charleston County
Sheriff's Department, Defendants—
Appellees.**

No. 03–7126.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2003.

Decided Nov. 21, 2003.

Terrance Lamar Hamilton, pro se. Sandra Jane Senn, Charleston, South Carolina, for Appellees.

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Terrance Lamar Hamilton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hamilton v. Middleton,* No. CA–02–1952–4–23BH (D.S.C. June 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*